# EXHIBIT 1

PERSONNEL POLICIES AND PROCEDURES MANUAL

WHITE LAKE AMBULANCE AUTHORITY

07/01/02

THE FOLLOWING PERSONNEL POLICIES AND PROCEDURES ARE DIRECTIVES AND GUILDINES FOR THE EFFICIENT OPERATION OF THE WHITE LAKE AMBULANCE AUTHORITY.

THE RIGHT IS RESERVED BY THE AMBULANCE AUTHORITY BOARD TO ADD TO, AMEND, OR REVOKE ANY OF THE ENCLOSED POLICIES AND PROCDURES FROM TIME TO TIME AS THE CIRCUMSTANCES FOR THE GOOD OF THE AMBULANCE AUTHORITY MAY REQUIRE. ANY AMENDMENTS OR REPEALS OF THE AMBULANCE AUTHORITY PERSONNEL POLICIES AND PROCEDURES MAY BE DONE AT A REGULAR OR SPECIAL MEETING OF THE BOARD. NOTHING HEREIN PROHIBITS THE DIRECTOR FROM PROVIDING ADDITIONAL ADMINISTRATIVE PROCEDURES TO ASSURE EFFECTIVE MEDICAL CARE AND OPERATION EFFICIENCY.

TABLE OF CONTENTS

INTRODUCTION

ARTICLE I:   GENERAL RULES & CONDITIONS

A.     PART-PAID EMPLOYEES
B.     PERSONNEL RECORDS
C.     INQUIRIES ABOUT EMPLOYEES
D.     PERSONAL PROPERTY
E.     AUTHORITY TELEPHONES
F.     SOLICITATION
G.     INDEMNIFICATION
H.     CONFLICT OF INTEREST
I.     GIFTS
J.     OUTSIDE EMPLOYMENT
K.     SAFETY
L.     VEHICLE SAFETY
M.     SMOKING
N.     PHYSICAL EXAMINATIONS
O.     EXPENSE REIMBURSEMENT
P.     LAUNDRY
Q.     DRUG/SMOKE FREE WORKPLACE
R.     WORK RULES
S.     ATTENDANCE
T.     LEAVE OF ABSENCE
U.     PATIENT CONFIDENTIALITY

ARTICLE II: COMPLAINT PROCEDURES

A.     EMPLOYEE COMPLAINTS
B.     TERMINATION OF EMPLOYMENT

ARTICLE III: DELEGATION OF AUTHORITY

A.     DIRECTOR
B.     OFFICE MANAGER
C.     FULL TIME PARAMEDIC
E.     EMT, EMTS & PARAMEDICS – PART-PAID

ARTICLE IV:   PERFORMANCE OBJECTIVES

ARTICLE V:   DUTIES AND RESPONSIBILITIES OF EMT, EMTS, AND
             PARAMEDICS

ARTICLE VI:   GENERAL PERSONNEL GUIDELINES

ARTICLE VII:   DRUG AND ALCOHOL TESTING

ARTICLE VIII:  VEHICLES

ARTICLE VIIII:  BACKING VEHICLES

ARTICLE X:    EDUCATIONAL EQUIPMENT

ARTICLE XI:    DRIVER

ARTICLE XII:    DRIVER RESPONSIBILITIES

ARTICLE XIII:    ATTENDANT RESPONSIBILITIES

ARTICLE XIIII:   SENIOR PARTNER (LEAD MEDIC)

ARTICLE XV:    THIRD RIDER POLICY

ARTICLE XVI:    UNIFORM POLICY

ARTICLE XVII:    FULL TIME EMPLOYEE BENEFITS

ARTICLE XVIII:   FAMILY MEDICAL LEAVE

ARTICLE XVIIII:  POLAROID CAMERA USE

EQUAL EMPLOYMENT OPPORTUNITY

White Lake Ambulance Authority subscribes to the policy of Equal Employment Opportunity and will maintain and conduct all practices relating to recruitment, hiring, upgrading, discipline, and other terms and conditions of employment in a manner, which does not unlawfully discriminate against any person or group. We are committed to administering all policies and employment practices without unlawful discrimination of any kind.

The following Personnel Policies and Procedures are directives and guidelines for the efficient operation of the hite Lake Ambulance Authority. (Hereinafter referred to as the Authority).

The right is reserved by the Ambulance Authority Board to add to, amend, or revoke any of the enclosed Policies and procedures from time to time as the circumstances or the good of the Ambulance Authority may require. Any amendments or repeals of the Ambulance Authority Personnel Policies and procedures may be done at a regular or special meeting of the Board. Nothing herein prohibits the Director from providing additional administrative procedures to assure effective medical care and operation efficiency.

I.     PURPOSE:

         To provide a work force of fully qualified personnel who will devote their time, energies and
         expertise to providing emergency medical service to the citizens of the White Lake area.

II.    SPECIAL CONDITIONS:

         For the positions of Director, Full Time Paramedic, and Office Manager,
         the chapter on benefits will only apply.

1

ARTICLE I

GENERAL CONDITIONS AND RULES OF CONDUCT

A. Part-paid Employees

Your employment with White Lake Ambulance Authority is "at will". This means that both you and your employer may terminate your employment at any time without reason or cause.

B. Personnel Records

It is important that personnel records contain accurate and up-to-date information about every employee. Any change in your telephone number, resident address, marital status, number of children or other dependents in your immediate family should be reported within 30 days of the event.

C. Inquiries About Employee

All requests about present or past Ambulance Authority employees should be referred to the Director. Employees should not provide any information or comment about a past or present employee either officially, unofficially, "off the record", or otherwise. Instead, the inquirer should be referred to the Director.

D. Personal Property

The Ambulance Authority shall not be responsible for the loss or theft of an employee's personal property which is brought to work, or for any damage to vehicles occurring in the parking lot.

E. Authority Telephones and Equipment Usage

Ambulance Authority phones are intended for official business and are not to be used for personal calls. Ambulance Authority phones are to be used by authorized persons only. Please use common sense and limit your incoming calls. Outgoing personal calls should be limited to emergencies, absolute necessity, or calls made with the Director's approval. You are not permitted to charge long distance calls to the Ambulance Authority. Long distance calls must be billed to a third number, called collect, or put on the employee's calling card.

Use of company owned equipment including, but not limited to, typewriters, computers, copiers, etc., for personal business must be approved in advance by the Director.

F. No Solicitation/No Distribution

The Ambulance Authority prohibits solicitations and or distribution of literature in or around the employee work areas by non-employees for commercial, charitable or any other purpose.

2

G.   Indemnification:

> The Ambulance Authority shall defend, save harmless, and indemnify employees against legal
> action when arising out of the appropriate performance of Ambulance Authority duties. The
> Ambulance Authority will not be responsible when employees overstep their boundaries of authority
> or licensure.

H.   Conflict of Interest

> Ambulance Authority employees are forbidden to directly or indirectly maintain any outside
> business or financial interest, or engage in any outside business or financial activity which conflicts
> with the interest of the Ambulance Authority, or which interferes with their ability to discharge their
> Ambulance Authority responsibilities. Conflicts of interest can result in discipline up to and
> including discharge.

> Employees may not participate with or aid any outside party in conflict with Ambulance Authority
> interests. Employees should not release information regarding purchases, vendors, bids, etc.

I.   Solicitation or Acceptance of Gifts

> Ambulance Authority employees may not solicit nor should they accept gifts from citizens or
> vendors in the form of cash or goods. Any gifts received, should be reported to the Director as soon
> as possible. This would not preclude the acceptance by the Ambulance Authority of fruit baskets,
> flowers, etc. and does not prohibit the receipt of lunches.

J.   Outside Employment or Business

> Employees (full-time and part-paid) will be permitted to engage in employment or business
> provided it does not interfere with the employees work schedule, job performance, or attendance.
> The Authority will not pay any medical or disability benefits for any injuries or illness from
> outside employment or business.

K.   Safety and Security

> The safe performance of all work assignments, without injury, is the Ambulance Authority's first
> concern.   Our safety program is based on the fact that accidents do not simply happen, they are
> caused. Only by the determined elimination of the causes of accidents, can we reduce their
> frequency. The Ambulance Authority firmly believes that all personal injuries can be prevented.

> The key to prevention of injuries is the willingness of each employee to work safely. Many injuries
> are the result of carelessness or horseplay. Each employee must accept his/her responsibility to help
> in the prevention of accidents. Continued carelessness, causing injury or damage to equipment will
> result in discharge.

> Any safety hazard or concern should be reported immediately to the director.

3

In the unfortunate event that there is an accident/injury or exposure to an authority employee while on duty, the employee will follow these steps:

1. If unable to finish the call, request a back up ambulance
2. Once the back up ambulance arrives on the scene
   A. Contact the Director or the Office Manager AS SOON AS POSSIBLE
   B. If the incident happened in the White Lake Area, during the hours of 7AM and 4PM. report to the Hackley Hospital Workplace Health Center at 117 W. Colby St.
   C. If outside of the White Lake Area, or not during normal office hours, report to Hackley Hospital ER.
   D. Fill out the injury/exposure incident form.
   E. The Director or Office Manager will notify the Infection Control Coordinator of an incident.

The employee will not be allowed to return to work until cleared by the Hackley Hospital Workplace Health Center.

Disciplinary action and possible loss of your benefit entitlement will result if you do not report the work related accident, injury, or illness immediately. Please contact the Business Office with any questions regarding Worker's Compensation Insurance.

L.    Vehicle Safety

Any vehicle or equipment malfunction, misuse, or accident must be reported to the Director immediately. All vehicle and equipment drivers and front seat passengers must wear a properly adjusted and fastened safety belt, according to state law.

When responding on an emergency call, the ambulances are to be operated at a reasonable speed. Careless or reckless operation of any Ambulance Authority vehicle(s) will not be tolerated and will result in disciplinary action and or termination. All state and local laws concerning speed limits, passing, etc. will be followed while driving Authority Ambulances. Rude and aggressive behavior will not be tolerated.

M.    Smoking

The Ambulance Authority respects the rights of both smokers and nonsmokers. However, the Authority discourages the use of all tobacco because of its effect on the health and well-being of our employees. There will be a no smoking ban in all Ambulance Authority buildings and vehicles. Smoking will be permitted in designated areas only, however you will be asked to properly dispose of all smoking materials.

N.    Physical Examinations

The Ambulance Authority reserves the right to require all job applicants to submit to a medical examination including testing for alcohol or controlled substances to determine whether they are physically fit to perform the duties of their assigned job position.

4

The Ambulance Authority will reimburse you for expenses incurred on behalf of the Authority under separate guidelines established by the Authority Board.

P.    Laundry

The Ambulance Authority will be responsible for cleaning soiled laundry per the O.S.H.A. Exposure Control Plan manual.

Q.    Drug Free Workplace

The White Lake Ambulance Authority is dedicated to maintain a safe and drug free workplace. To do so, employees must comply with the following rules:

1. Controlled substances or alcohol is not permitted on Ambulance Authority property.

2. Employees may not use controlled substances or alcohol while on work time.

3. Employees may not come to work under the influence of controlled substances or alcohol.

4. The Ambulance Authority encourages any employee with a chemical dependency problem or concern about chemical dependence to seek professional treatment. For full-time employees the medical insurance carrier will have to be notified, and their regulations followed for treatment.

5. Possession, use, or being under the influence of alcohol or a controlled substance is grounds for disciplinary action up to and including immediate termination.

6. Where the Authority has cause to believe that an employee is under the influence of alcohol or controlled substances, such employees may be required to submit to appropriate testing. Any refusal to cooperate may result in disciplinary action up to and including termination.

7. The Authority reserves the right to random drug testing of all employees.

R.    Work Rules

The following will constitute violations of Ambulance Authority rules:

1. Excessive absenteeism in covering shifts, responding to call, and/or training exercises.

2. Excessive tardiness for full-time employees

3. A full- time employee's failure to properly report absence from work before the start of work or without showing good cause for not reporting.

4. Making false statements as to reasons for being absent or for not properly reporting.

5

5. Full-time employees leaving work on Authority time without permission.

6. Full-time employees failure to promptly report and start work after lunch break and rest periods.

7. Violation of safety rules.

8. Failure to immediately report accidents or personal injuries.

9. Falsification of time records, personnel records, or any other Ambulance Authority records or reports.

10. Unauthorized possession of Ambulance Authority property or products.

11. Misuse or disclosing without proper authorization any Authority record, Authority confidential information, Authority employees names, addresses, or telephone numbers.

12. The making or publishing of any false, vicious, malicious, or disparaging statement concerning any employee, the Ambulance Authority or its work or services.

13. Posting or removal of notices on Authority bulleting boards without specific approval of the Director.

14. Theft or misappropriation of Ambulance Authority property, another employee's property, or property entrusted to the Authority.

15. Deliberately damaging, misusing, destroying, abusing or misplacing  property belonging to the Ambulance Authority or another employee.

16. Deliberately restricting or limiting Authority work or Authority operations, or influencing others to do so.

17. Distracting the attention of others or causing confusion by unnecessary shouting, catcalls, or demonstrations on Ambulance Authority premises.

18. Disorderly conduct, horseplay, threatening, abusing, or interfering with another employee or supervisor.

19. Use of offensive or abusive language to any employee.

20. Fighting on Ambulance Authority premises at any time.

21. Sabotage.

22. Refusal or intentional failure to perform a job assignment or follow instructions. All employees are expected to follow instructions and perform the job assigned.

23. Full-time employees sleeping on Authority time.

24. Immoral or indecent conduct.

25. Creating or contributing to unsanitary conditions.

6

26. Discourteous, abusive or threatening conduct toward any member of the public while on duty.

27. Conviction of a felony while an Ambulance Authority employee.

28. Use of possession of alcohol or controlled substances on Ambulance Authority premises or reporting for work while under the influence of intoxicants or drugs.

29. Possessing explosives or firearms or attempting to bring either on Authority premises at any time.

30. Careless work or failure to meet work standards.

Violations of the work rules above will result in disciplinary action as appropriate, taking into account the nature of the offense, the work record of the employee and other extenuating circumstances. Discipline may range from verbal reprimand or written warning, suspension, to immediate discharge. A combination of work rule violations will be dealt with according to the circumstances of each case. The Authority Director will review the facts of each case, notify an employee of the charges against him/her and provide the employee with an opportunity to answer such charges before discharging the employee.

If circumstances arise which are not specifically covered by these rules and regulations, the Authority Director may take disciplinary action as he/she considers appropriate.

Nothing in these rules will be construed to prohibit an employee from reasonable self-defense if attacked.

S. Attendance

Your responsibilities: Both the Authority and your fellow employees have a right to expect that you will be prompt and regular in your attendance and regularly participate in responses to calls and in training exercises. Although for full-time employees and office staff some absences are unavoidable, excessive incidents of unexcused absenteeism and/or tardiness will result in disciplinary action up to and including dismissal. The same is true for not responding to calls over a significant period of time. The Authority reserves the right to terminate any employee who cannot be relied upon to work regularly as scheduled, regardless of the reason. The Authority expects both full and part time employees who have saved shifts to attempt to find your own coverage in the event of an absence. If unable to secure coverage please notify the Lead Medic on duty upon taking your name off the schedule board. Prompt notification of your unavailability to cover a saved shift will help in the process of filling the open shift.

T. Leave of Absence

Full-time employees who have been continuously employed for at least one year (1) may request a personal leave of absence without pay for a period of time not to exceed fourteen (14) calendar days. Requests for personal leave of absences must be made to the Director in writing at least two weeks in advance for written approval by the Director. In the event the matter is of an urgent or emergency nature, the leave may be granted upon one (1) day's notice to and approval by the Director.

U.    Patient Confidentiality

Patient confidentiality will be strictly followed. Questions in regards to patient identity, condition or circumstances relating to an injury or illness, shall be referred to the Director or Office Manager.

ARTICLE II

Complaint Procedures, Termination and Arbitration

A. Employee Complaints

Problems and misunderstandings may come up from time to time regarding your work at the Authority. The Authority wants you to have a full opportunity to present your complaints or problems and have them considered promptly when they occur.

If problems or misunderstanding occur, please use the following procedure:

1.  Verbally discuss your problem with the Director. He/she is in the best position to help you and will try to do so promptly. The Director after receiving your complaint, will give you a verbal answer within three (3) business days or notify you if additional time is needed to investigate the problem.

2.  If a satisfactory solution is not reached in a discussion with the Director, reduce your complaint to writing, stating as clearly as possible the exact nature of the problem and the identity of any persons who may have relevant information. Then, deliver your written complaint to the Director who will make a written response.

3.  If you are dissatisfied with the Step 2 response, ask to discuss the problem personally with the Director who will arrange a meeting. The Director, of course, has full authority to make a final decision in these matters.

    You can be assured that no reprisals will be taken against you for making complaints. The Authority will attempt to resolve any complaints or misunderstandings which may arise.

    An employee shall have the right to respond to any discipline or complaint in writing and have that response placed in her/his personnel file.

B.    Termination of Employment

    Your employment with the Authority may be terminated through resignation, retirement, dismissal, staff reduction or death.

White the decision will rest with the Director, he will seek the opinion of
the three (3) board members before a termination is final).

An employee shall have the right to respond to any discipline or
complaint in writing and have that response placed in her/his
personnel file.

B.    Termination of Employment

Your employment with the Authority may be terminated through
resignation, retirement, dismissal, staff reduction or death.

1.    Resignation: If you desire to resign, you are expected to give at least two(2)
weeks written notice to the Director. The Director is expected to give at
least four (4) weeks written notice. This will enable the Authority to secure
a qualified replacement for you, and to maintain its obligations. Where it is
possible for you to give more than the required notice, it will be appreciated.
Proper notice of resignation is a recondition to payment of any accrued vacation
benefits and is also important in the even you may wish to be re-employed by
the Authority or to use the Authority as a reference for future employment.

2.    Dismissal: You may be dismissed from your employment with the Authority for
inadequate or unsatisfactory performance of your duties, for violation of the
Authority's Rules and Regulations set forth in this manual or for conduct that is
detrimental to the Authority's safe and efficient operations. Dismissed employees
will forfeit all accrued fringe benefits. Only when the employee offense(s) result in
termination of employment, should the Authority Board, if it elects, review cause(s)
for said employees termination.

3.    Staff reduction:  Employees may be terminated when, in the judgment of the Authority,
economic conditions or other factors necessitate a reduction in the size of the staff. Employees
who are laid off and not recalled within six (6) months are automatically terminated due to
staff reduction.

4.    Death: In the case of an employee's death, beneficiaries should contact the Director
for clearance of the final paycheck, life insurance benefits, accrued vacation
pay, and any other matters.

5.    Exit Interview: The Authority is always interested in knowing why an employee decides to
leave. For this reason, each terminating employee is scheduled for a confidential interview with
the Director.

C:    Complaints from others (Citizens- not employees)
All citizen complaints will be thoroughly reviewed and investigated by the Authority  Director.
The Director shall make a written report and depending of the severity of the incident
disciplinary action will be taken as described in the Policy and Procedure Manual if warranted.

9

ARTICLE III
Delegation of Authority

A. Director

1. The Authority Director shall be appointed by the Authority Board. The Authority Director shall serve as the Chief Administrative Officer in a full time capacity and is authorized to employ, engage, compensate, transfer, discipline or discharge necessary personnel pursuant to the policies adopted by the Authority Board. The Director will plan, manage and supervise the day-to-day operations of the Ambulance Authority. Carry out duties as a Paramedic as needed. Perform related work as required.

B. Office Manager

1. The Office Manager will be responsible for all of the below and any other duties which the Director requests.
    1. Employee Payroll
    2. Administration of employee insurance coverage
       (Medical, Dental, Short and Long Term Disability, Life Insurance)
    3. Accounts Payable
       A. Receive all bills and date stamp
       B. Input all vendors for bill payment
       C. Check all bills for accuracy
       D. Make Bank Deposits
       E. Reconcile Bank Statements (payroll and general accounts)
       F. Enter all general ledger entries
       G. Administer Employee Deferred Comp Plan
       H. Carries pager and cell phone to confirm after hours patient insurance coverage
       I. Bills all insurance/private pays for ambulance calls
    4. Schedule and approve all ambulance transfers.
    5. Assist with fiscal year budget recommendations
    6. Assist with budget maintenance.

C. Full-Time Paramedics

1. Provide Full time Paramedic shift coverage to assist in work involving the paramedic operations of the White Lake Ambulance Authority during all hours of the day.

An employee in this position may be called upon to do any or all of the following:

1. Perform a variety of activities involving the operation and maintenance of equipment, building, and grounds of the Ambulance Authority during his/her shift.

2. Assist the Director in coordinating the scheduling of part time employees for shift coverage

3. At the beginning of his/her shift, check all vehicles for any needed supplies and restock as needed. Inform the Director of any supplies needed or if any equipment is found to be broken or missing.

4. Act as a paramedic is required.

5. Help cover any open shifts in addition to his/her scheduled shifts. This includes both primary and secondary shifts.

6. Additional duties as directed by the Authority Director.

Desirable Qualifications for Employment:

An employee in this class, upon appointment, should have the equivalent of the following knowledge, training, and experience:

Considerable knowledge of the Policies and Procedures of the Ambulance Service and Paramedic duties.

Knowledge of the standard of care, and how it relates to EMS personnel:

A. How a reasonable, prudent, properly trained person (of the same standing, licensure, or authority) would perform under the same or similar circumstances.

B. Not subjecting others to unreasonable risk or harm.

C. To care for the patient in a similar manner the EMT would wish to be treated.

D. Standards proposed by law.

E. Professional or Institutional standards.

Ability to work effectively with the general public, fellow employees and other groups.

Skill in writing patient care reports. Legible writing,

Required training and experience include graduation from high school, successful completion of the Michigan Department of health (MDPH) Education Program for Paramedics, and continued education requirements to maintain the licensure of Paramedic.

## MUST BE AND CONTINUE TO BE A LICENSED PARAMEDIC BY THE STATE OF MICHIGAN AT ALL TIMES DURING EMPLOYMENT.

Failure to renew or loss of State of Michigan Department of Consumer and Industry Services license. The failure of an EMT, EMT-S, or Paramedic employee, either part-paid or full-time to renew his/her license by it expiration date or the loss of a license for any other reason shall be deemed just cause for dismissal.

D. Paramedic, EMT-S and EMT (Part-Paid)
                    SUMMARY
Respond to radio dispatched ambulance calls and perform pre-hospital medical care and transportation of patients in emergency and non emergency situations according to the Personnel Policies and Procedures Manual established by the Ambulance Board of Directors and other protocol approved by the Director, and perform related duties as required.

11

## SUPERVISION RECEIVED

Work is performed under the general supervision of the Ambulance Director and (with regard to the patient care) when the Director is not in attendance, work is performed under the direction of the employee with the highest license and seniority at the scene and the direction of medical personnel at the receiving hospital.

## SUPERVISION EXERCISED

Supervision may be exercised over personnel responding to a request to transport, if all other persons in attendance have a lower license and (in the case of the same license) if the other personnel have less seniority.

## RESPONSIBILITIES AND DUTIES

An employee in this position may be called upon to do any or all of the following: (Does not include all tasks employee may be expected to perform).

## DESIRABLE QUALIFICATIONS FOR EMPLOYMENT

Considerable knowledge of Ambulance Authority rules, regulations and procedures.
Considerable knowledge of the principles, practices and techniques of modern emergency medical service as approved by the Michigan Department of Consumer Industry Service(MDCIS)

Skill in the operation of ambulance vehicles and equipment.
Skill in reacting to emergency medical situations according to the standards established and the limitations imposed.
Strength and ability to respond to emergency situations.
Skill in establishing and maintaining effective working relationships with fellow employees, the general public and other medical personnel.

## REQUIRED TRAINING

An employee in this position shall meet the following training and licensure requirements:

1. Be of the age of eighteen (18) years at the time of hire

2. Be a graduate of an accredited high school

3. Successfully completed the appropriated MDCIS education program, and passed the MDCIS prescribed examination for licensure.

4. Hold at a minimum, a license as an Emergency Medical Technician (EMT)

5. Meet ongoing education requirements prescribed by MDPH to main the EMS license to maintain the EMS license attained.

6. Must have a Michigan driver's license and have U.S. Citizenship

7. Be of sufficient medical condition, as determined by a medical history and examination, which includes a drug test, necessary to perform the essential functions of an Emergency Medical Technician.

8. Successfully pass field training experience within the White Lake Ambulance Authority as a Third Rider.

9. Knowledge of The Standard of Care and how it relates to EMS personnel.

12

10. Must be able to perform the essential job functions as listed in the Ambulance Authority Personnel Policies and Procedures Manual and the Administrative Rules, Regulations, and Guidelines established by the Director.

## ARTICLE IV

## PERFORMANCE OBJECTIVES

1. To provide high quality patient care at all times. All patients will receive equal care.

2. To maintain medical skills, keep abreast of new emergency care procedures and maintain MDCIS license.

3. To assure that equipment and vehicles are clean an in proper working order at the start of every shift.

4. To project a positive public image, when identified with White Lake Ambulance Authority.

5. To develop a good working relationship with hospital, fire departments and police departments.

6. To respond to assigned calls in a timely manner.

7. To be familiar with coverage area and show knowledge of map skills, be familiar with hospitals that the service transports to.

8. To be familiar with White Lake Ambulance Authority policy and procedures and operate in accordance with them.

9. To be familiar with Muskegon County treatment protocols and provide treatment in accordance with them.

10. To report to part-paid shifts when scheduled.

11. To develop good working relationships with other Ambulance Authority personnel and exhibit a good team approach to services rendered.

ARTICLE V

# DUTIES AND RESPONSIBILITIES OF EMT, EMT-S AND PARAMEDICS
(Full and part-paid employees)

1. Fill out proper check sheet for your vehicle.

2. Each vehicle is to be washed as needed, at any time during your shift..

3. Interior of vehicle is to be cleaned after each call:

   a. Sweep floor, front and rear
   b. Mop rear floor, wash front floor mats
   c. Wipe down stretcher, cabinets, etc., if needed

4. Ambulances will be restocked after **EACH** call

5. Sweep floors in station when assigned.

6. Mop floors in station when assigned.

7. Vacuum any rugs or carpets when assigned

8. Sweep and hose down garage floor area when dirty

9. Maintain cleanliness in kitchen area or crew quarters at all times

10. Employees shall not offer statements or make comments to print or electronic media without prior authorization of the Director.

11. Additional duties as directed by the Authority Director.

Upon completion of all of the above-mentioned items, all employees will be responsible for, in addition to, handling ambulance calls and attending all Authority in-service and training meetings when available.

14

# ARTICLE VI.

## GENERAL PERSONNEL GUIDELINES

Personnel will be under the supervision and direction of the Director.

1.   Recruitment

The Director shall handle the recruitment of personnel and the Director must approve new employees prior to placement on the ambulance service. All employees must be at least 18 years of age and licensed as a E.M.T., E.M.T.S., or Paramedic.

Involvement of personnel in service

1.   Employees will be responsible to the required guidelines of the ambulance operation, whether it be required by law (local, county, state or federal) or Rules and Regulations set forth by the Authority Board.

2.   Duty to respond to calls. All employees will, when on duty, answer any call given to them by dispatch whether it is an EMERGENCY or TRANSFER. Long distance transfer will be approved by the Director and or Office Manager before dispatching an ambulance.

3.   Primary Crew, secondary crew or scramble crews must be able to respond without delay. Anyone on a pager must be within a  reasonable distance of the Ambulance Building and/or be approved to respond to the scene, by the Director.

4.   Provides pre-hospital medical care and transportation to emergency patients and non emergency patients in accordance with level of licensure.

5.   Provides medical services at events, i.e., parades, festivals, football game standbys.

6.   Assures that equipment and vehicles are clean and in working order. A vehicle check list is to be completed each day. At no time will any employee abuse the vehicle or equipment in any way. Anything but normal use with care is abuse.

7.   Ambulance owned and operated by the White Lake Ambulance Authority be maintained and kept properly licensed, insured and in a serviceable condition. Responsibilities for these vehicles falls under the jurisdiction of the Director. The Director shall maintain complete inventory for inspection at any time.

8.   Employees driving the ambulances will drive with extreme caution in emergency and non-emergency situations.

9.   It is the responsibility of the Director and employees to ensure the proper upkeep safeguarding or security, respectful and responsible usage by ambulance employees and visitors to the ambulance building and its grounds.

10.  Communicates with hospital personnel regarding medical treatment of patients. Including

15

but not limited to radio checks.

11.   Provides written documentation of all care provided to patients.

12.   Obtains complete and accurate billing information from the patient and returns it to the Ambulance Authority files.

13.   Promotes public education in the area of the Authority

14.   Cares for and helps maintain White Lake Ambulance Authority property as if it was his/her own.

15.   No employee of this service will in any way abuse or insult any patient that this service transports or comes in contact with. The Director will respond to any complaints that any citizen may have. All employees should direct anyone with a complaint to the Director.

16.   No employee of this service should be a part of spreading rumors or false information about the service or the employees of the service. Furthermore, internal problems should remain in the service and not passed around other employees or non-employees, but reported to the Director to be handled. Decisions made by the Director, if not agreed with are to be resolved through the provision in Article 2

17.   Any employee of this service may use the garage and tools providing you clean up any mess made and put all tools away. This includes washing of personal vehicles.

18.   Employees, while on duty, may use the ambulance to run errands as long as you do not use the unit as a truck, and are within 6-8 minutes of the station to take a call at any time.

19.   There will be no more than three employees working on a unit at any one given time. The only time there will be more than three employees, is when the medical person in charge decides that more are needed.

20.   At no time will any employee argue or fight with another employee of our service or any other service at a scene, in front of a patient or the public, i.e., fire department, hospital personnel, etc.

21.   While on the air in the unit, the radio will not be turned off our dispatch frequency, or will not be unselected on the scanner.

22.   All employees should attend regular employee staff meetings.

23.   All employees will receive training in hazardous materials response. To the level required by Muskegon County Medical Control Authority Infection Control Policy and Procedure.

16

Article VII

Drug and Alcohol Testing

A. An employee may be required to submit to a blood or chemical test in any of the following circumstances:

1. When there exists a reasonable suspicion that the employee is currently using, is impaired by, or under the influence of any mind-altering or function altering substance including, but not limited to, alcohol, controlled substances, prescription drugs or over- the- counter medication.

2. When an employee suffers from an occupational on the job injury.

3. As part of the pre-employment examination, a return to work medical examination following an extended illness, a leave of absence, or suspension imposed for a positive drug test result, or as the result of a condition of reinstatement upon completion of an agency approved drug and/or alcohol treatment or counseling service.

4. When any prohibited substance, including an alcoholic beverage or any unauthorized item such as drug paraphernalia, is found in an area controlled or used by the employee.

B. Disciplinary Action

Employees will be immediately terminated for refusing to submit to any agency requested drug or alcohol test. Employees will also be subject to immediate termination for first offense in any one of the following situations, except under the most extenuating circumstances:

1. Drinking alcoholic beverages or using drugs and/or intoxication during working hours, during breaks, or at lunch.

2. Working or reporting for duty when ability to perform is impaired by drugs and/or intoxicants.

3. A positive blood or chemical test which shows the presence of any drug, alcohol and/or intoxicant in the employee's system.

4. Possession, concealment, promotion or sale of any prohibited substance, including alcoholic beverage while on duty.

C. Handling of Specimen

Should drug or alcohol testing be required, it will be handled with confidentiality by the practitioner currently providing occupational health screening for White Lake Ambulance Authority. The only individual with authority to require drug/alcohol testing shall be the Director.

17

## ARTICLE VIII

Vehicles

Vehicles represent as much a part of the company as you do as a employee. The vehicles are to be cleaned and in good working order twenty-four hours per day, seven days per week. Except when directed otherwise, vehicles will be maintained in the above fashion where permissible to do so.

Vehicles will from time to time require maintenance and service. If a problem is detected in your assigned vehicle, immediately contact the Director. A written explanation may also be requested to ensure proper servicing of the vehicle.

If towing is needed, the Director should be called first.

## ARTICLE VIIII

Backing Vehicles

Any time the ambulance is in reverse, the attendant should get out of the ambulance and guide the unit while backing, thus assuring clearance. When the attendant is with a patient, the use of a police officer or fire fighter is recommended. Backing up must be done with the utmost caution to avoid property damage and personal injury. Keep in mind, ambulances have a numerous "blind spots". The only safe way to clear these spots is with someone outside the ambulance. Always have your backup alarm on.

## ARTICLE X

Educational Equipment

The educational equipment is NOT to leave the ambulance building unless arrangements have been made with the Director.

18

## ARTICLE XI

Driver

Section1    Driving citations incurred by a driver are the responsibility of the driver.

Section 2   Drivers are in charge and responsible to the Authority for the assigned vehicle and passengers at all times.

Section 3   Driving is a responsibility of all Ambulance Authority personnel. You will be required to maintain a valid Michigan Vehicle Operators license at all times. You are responsible to report any changes or restrictions to your Michigan Vehicle Operators license to the director immediately.

Section 4   Drivers must have physical ability, dexterity, reflex, muscle coordination, sight and hearing, sufficient to safely operated an emergency vehicle.


## ARTICLE XII

Driver Responsibilities

Section 1   Drive vehicle
Section 2   Establish routes
Section 3   Control emergency lights and siren
Section 4   All communications
Section 5   Park or spotting of vehicle
Section 6   Take in additional equipment if needed
Section 7   Obtain history of patient, medications, allergies
Section 8   Collect any belonging needed
Section 9   Communicate with family, hospital, physician, etc.
Section 10  Drive to hospital
Section 11  Make up stretcher, prepare vehicle for next run

ARTICLE XIII

Attendant Responsibilities

| | |
|---|---|
| Section 1 | Copy information |
| Section 2 | Locate designation on map |
| Section 3 | Assist driver on routing |
| Section 4 | Check intersections for traffic |
| Section 5 | Park or spotting of vehicle |
| Section 6 | Take in additional equipment, if needed |
| Section 7 | Obtain history of patient, medications, allergies |
| Section 8 | Collect any belonging needed |
| Section 9 | Communicate with family, hospital, physician, etc. |
| Section 10 | Make up stretcher, prepare vehicle for next run |
| Section 11 | Attendants must be physically capable of safely lifting, extricating, moving and loading sick and injured persons. |
| Section 12 | Acquire appropriate hospital forms on patients for billing purposes and secure signatures from patients or relatives for authorizations for direct payment of insurance benefits to the Authority. Will also secure physician signatures when needed for patient transfers. |

ARTICLE XIIII

Senior Partner (Lead Medic)

When the Director is not with the crew, the individual with the highest level of licensure, or if two or more have the same licensure, then the individual with the most seniority at the time of response shall be responsible for all activity response and patient care provided by the ambulance crew. The Lead Medic will be responsible for seeing that all necessary paperwork is done for each transport. The Lead Medic will be responsible for the restocking and cleaning of the ambulance and completing a vehicle check list following a call.

ARTICLE XV

Third Rider Policy

The person requesting to ride as a third rider must be licensed as an EMT, EMT-S or a Paramedic to be allowed 3rd ride. Approval must be obtained from either the Director or the On-Duty Lead Medic to 3rd ride. All riders will be allowed to ride up to the time of Midnight, unless already on a call at that time. The scope of mentoring shall be solely at the discretion of the on-duty lead medic. Prior to 3rd riding, the individual must provide the Authority with proof of immunizations.

Uniform Policy

Employees will not be allowed to wear shorts, t-shirts or tank tops while responding on a call. Open toe shoes (sandals, flip-flops, etc.) will not be allowed.


## ARTICLE XVII


Full-time Employee Benefits


Insurance


All full-time employees and their families are eligible to enroll in the White Lake Ambulance group health and dental plans effective their date of hire. There will be a cost to the employee for coverage; this cost will vary with insurance carriers. The premium will be taken on a pre-tax basis. You will also be eligible to purchase AFLAC insurance.

After 3 full months on the job, you will also be eligible to enroll in the Deferred Compensation program offered by White Lake Ambulance Authority. This will give you a chance to set money aside for retirement.

Full time employees will also be eligible for Short/Long Term Disability insurance along with an individual Life Insurance Policy on themselves only.


If for any reason, you have a change in your marital status or a change in children living at home, please contact the business office with those changes within 30 days of the event.

Upon termination of employment, due to the size of our group, there is NO COBRA continuation through our health insurance carrier.


Vacation:

Full-time employees who have completed at least six (6) months of continuous service with White Lake Ambulance will be eligible for paid vacation in accordance with the following schedule:


| Years Employed | Days of Vacation per Year |
| --- | --- |
| 0-3 | 10 days |
| 4 | 11 days |

21

|    |         |
|----|---------|
| 5  | 12 days |
| 6  | 13 days |
| 7  | 14 days |
| 8  | 15 days |
| 9  | 16 days |
| 10 | 17 days |
| 11 | 18 days |
| 12 | 19 days |
| 13 | 20 days |
| 14 | 21 days |
| 15 | 22 days |
| 16 | 23 days |
| 17 | 24 days |
| 18 | 25 days |

Vacation requests should be made at least 2 weeks in advance so that the time you are requesting off can be filled by other employees.  Your vacation request form must be filled out and approved by the director before using your vacation time.  **Vacation time not taken will be lost at the end of the year**.

No more than one employee will be off on vacation at the same time, unless approved by the Authority Director.

Sick Days

Full-time employees.  Effective June 30, 2002 any past accumulated sick days shall be capped at seventy-five (75) days. The maximum that will be paid to the employee at the time of separation of employment or death shall be seventy-five (75) days. Effective July 1, 2002 sick days for full time employees will be 12 days per year.  In the event of a major illness, your Short Term disability insurance begins on the 8th day of an illness.  Please see your Short Term Disability manual for further information.  Sick days beginning July 1, 2002 will not accumulate.

Court Appearances-Full Time Employees: The Authority will compensate an employee at their regular pay rate, less subpoena or witness fees, for time spent appearing in court on matters that are directly related to the employees job.

22

Jury Duty-Full Time Employees: There may be an occurrence when as part of normal citizenship you may be asked to serve on Jury Duty. You are required to notify the Director or the Office Manager as soon as the court has notified you of the dates you will be expected to be available for jury service. An employee who is called to and reports for jury duty shall be compensated by the Authority for the difference in pay for each day of jury duty performed on which the employee otherwise would have been scheduled to work. Documentation from the court of jury service and payment must be submitted to the Office Manager.

Professional Malpractice Insurance. -Full-time and Part-Time Employees. All employees of the Authority engaged in the rendering of Professional Services are covered by Medical Malpractice Insurance paid for by the Authority. This insurance covers employees **ONLY** when on duty.

Holidays:

Full-time employees scheduled to work a holiday will be paid at DOUBLE their hourly rate on the following holidays:

New Years Day
Easter
Memorial Day
4Th of July
Labor Day
Thanksgiving Day
Christmas Day

Full-time employees scheduled to work a holiday will be paid at TIME AND ONE HALF their hourly rate on the following holidays:

New Years Eve Day
Good Friday
Day Following Thanksgiving
Christmas Eve Day

Full-time employees previously entitled to (2 personal holidays, and their birthday off at regular hourly wage) now will receive a longevity bonus based on the following schedule:

Years of Service:

| | |
|---|---|
| 1-5 years | $ 600.00 |
| 6-10 | 650.00 |
| 11-15 | 700.00 |
| 16 and above | 750.00 |

This bonus will be paid the first pay period in December.

23

Bereavement Pay

Full-time employees will be entitled to a maximum of thirty-six (36) bereavement hours off with pay starting the day before the funeral, the day of the funeral and the day following the funeral in the event of the death of the following:

| | | | |
|---|---|---|---|
| Wife | Husband | Brother | Father-in-law |
| Child | Stepchild | Sister | Mother-in-law |
| Mother | Father | Grandfather | Grandmother |
| Stepmother | Stepfather | | |

Performance Evaluations

All full time employees will receive a yearly performance evaluation and be considered for a wage increase. Wage increases are dependent upon such factors as the quality of work that has been performed since the last evaluation. Job knowledge, initiative, willingness to cover open shifts, conformance to Authority policies, and relationships with other employees will be considered in making a determination of your merit wage increase.

If at any time you want to know how you are doing what you can do to improve your performance, please ask for a private meeting with the Director.

24

Article XVIII

Family Medical Leave – Maternity Leave- Full Time Employees

White Lake Ambulance shall abide by the rules and guidelines of the FMLA of 1993. Some of the provisions are as follows:

A Family Medical Leave of Absence up to seven (7) unpaid weeks shall be granted for any of the following purposes:

1. New child – the birth of or to care for an employee's newborn child

2. Placement with the employee of a new child for adoption or foster care

3. Because of a serious health condition of a spouse, son, daughter or parent.

4. Due to seriousness of the employee's own serious health condition

The employee's health insurance and dental shall continue, but the employee must still make the pre-tax premiums. Sick days accrued, may only be used by the employee for their own serious health conditions. Other insurances, such as short term, long term disability and life insurance can be continued in effect by payment of the full cost of the insurance by the employee. Seniority will accrue during their time off.

The employee must try to give the employer at least 30 days notice of this event.

Before resuming work, the employee will be required to have a full physical (paid for by the employer at Hackly Workplace Health). The employees will need a release to work from their own personal doctor plus the opinion Hackly Workplace Health.

25

## ARTICLE XVIIII

## POLAROID CAMERA USE AT MOTOR VEHICLE ACCIDENTS

Each White Lake Ambulance is equipped with a Polaroid Camera. This is to provide
Emergency Room Physicians with a more accurate account of possible injuries the patient(s)
have possibly sustained.

The Polaroid Camera shall only be used to take pictures of the mechanism of injury. (i.e. cars
from motor vehicle accidents). To provide and insure patient confidentiality, no pictures will be
taken of patients or of other crewmembers. Do not use an unnecessary amount of film on any one
scene. A picture of the exterior and interior of each vehicle involved will be appropriate. After the
patient has been removed from the vehicle, only then may you obtain a picture.

If the camera is lost or broken, report it to the Business office as soon as possible. A report of
incident will need to be made also.