# EXHIBIT 2

EMPLOYEE RECEIPT OF WHITE LAKE AMBULANCE AUTHORITY PERSONNEL POLICIES AND PROCEDURES MANUAL

Please read, sign, and remove the acknowledgement and return it to the Office Manager as soon as possible. The Office Manager will then place a copy of the receipt in your personnel file so you can place the original back in your PPP manual.

I acknowledge that I have read the WLAA Personnel Policies and Procedures Manual and fully understand its' contents and will cooperate with the Authorities' policies and procedures.

I also acknowledge that this Manual, including all of the contents therein, is confidential and proprietary in nature. Thus, it is not to be shown to anyone outside of the Authority.

I further acknowledge that upon my resignation, retirement or dismissal from the Authority, I will return my manual to the Office Manager.

_Emily Catherine Kroll_
Employee Printed Name

_Emily Catherine Kroll_
Employee Signature

_12-29-03_                _25_
Date                     Manual Number

B. Bions
EXHIBIT NO. 2
3-9-10
C. CLARK-BERRY