# EXHIBIT 3

**MUSKEGON COUNTY MEDICAL CONTROL AUTHORITY**

Dr. Jerry Evans
Medical Director

Troy A. Bowling EMT-P BHA
EMS System Administrator

April 23rd, 2008

Dear Emily Kroll

On February 4th, 2008 you and your partner, Jodi Osborn responded to a patient that was a class I due and in asystole. Your management of this patient was great. You followed the Asystole protocol correctly. Unfortunately, as you are aware, this patient did not survive.

Dr. Evans and I firmly believe that this patient got the best care possible from a really good EMT that is committed to provide the best care possible, and that providing any different care would have not changed the outcome. We are extremely proud that a Paramedic like yourself functions in this county.

As always, keep up the good work and professionalism. Because of your commitment to continue to provide this type of care, patients stand a better chance of survival in the future. Great job!!!!!

Respectfully

Troy A. Bowling EMT-P BS
EMS Administrator

Dr. Jerry Evans
Medical Director



EXHIBIT NO. 12
1-9-10
C. CLARK-BERRY

1700 Clinton Ave
Muskegon, MI 49443

Phone: 231-728-1967
Fax: 231-728-1644
Email: tbowling@mcmca.org