# EXHIBIT 4

| CHARGE OF DISCRIMINATION | COMPLAINT/CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | MDCR # 387452<br>EEOC # 23A-2008-01413C |

**MICHIGAN DEPARTMENT OF CIVIL RIGHTS and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Emily C. Kroll | (231) 578-2447 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
221 East Spring Street, Whitehall, MI 49461

Named is the employer, labor organization, employment agency, apprenticeship committee, state or local government agency who discriminated against me.

| NAME | # EMPL/MEMBERS | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| White Lake Ambulance Authority | 30 | (231) 894-4306 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
119 S. Baldwin St., Whitehall, MI 49461

| CAUSE OF DISCRIMINATION BASED ON | DATE OF MOST RECENT OR CONTINUING DISCRIMINATION |
|---|---|
| Sex | April 28, 2008 |

I, a woman, believe I was subjected to other terms and conditions of employment, most recently on or about 04/21/2008, and terminated on 04/28/2008 due to my sex.

I began working for the respondent in September 2003, most recently as an EMT specialist.

**Other terms & conditions        04/21/2008        Sex**

On or about 04/21/2008, the respondent owner, male, requested that I go to counseling for exhibiting immoral behavior on personal time, including dating a married man who also works for the respondent. I am not aware that the married respondent male employee that I dated was required to seek counseling.

**Discharge        04/28/2008        Sex**

On or about 04/21/2008, the respondent owner, male, requested that I go to counseling for exhibiting immoral behavior on personal time, including dating a married man who also works for the respondent. As of 04/28/2008, I had not completed counseling as requested, and I was terminated for alleged immoral behavior. I was told that if I sought counseling, I could have my job back. I am not aware that the married male respondent employee I dated was discharged for his conduct.

This complaint is based on the following law:
Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended
Title VII, US Civil Rights Act of 1964, as amended

Jolene Rae Maressa, Notary Public
Muskegon County, State of Michigan
My Commission Expires 3-31-2012

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Date 5-27-08    Signature of Charging Party / Claimant

NOTARY (When necessary to meet State and Local Requirements)
Jolene Rae Maressa

SUBSCRIBED AND SWORN BEFORE ME THIS DATE (Day, month and year)
27th of May 2008

Commissioned in Muskegon County
Acting in Muskegon County
Commission expires 3/31/2012

EEOC FORM 5/ CR406 (Rev 04-05)        PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED