**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EMILY C. KROLL,

        Plaintiff,

vs.

Civil Action No.: 1:09-CV-626

HON. GORDON J. QUIST

WHITE LAKE AMBULANCE
AUTHORITY,

        Defendant.

---

Bradley K. Glazier (P35523)
BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 458-6814

Robert A. Callahan (P47600)
PLUNKETT COONEY
Attorneys for Defendant
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002
(269) 382-5935

Douglas M. Hughes (P30958)
WILLIAM HUGHES & COOK PLC
Co-Counsel for Defendant
120 W. Apple Avenue
P.O. Box 599
Muskegon, MI 49443
(231) 727-2119

---

# EXHIBITS
# 6 - 10

## TO

### Plaintiff's Brief in Opposition to Defendant's Summary Judgment Motion