# EXHIBIT 7

### Exhibit A Untrue Statements

1. In Exhibit A from Jean Dresen she states that I had "an affair with Jeff." Along with other many statements about me having an abortion.
When 2 people are single I believe that it is called a relationship not an affair. It is not illegal to have an abortion.

2. It was stated that I had gotten Chris to work for me.
My sister was pregnant in 2005 and I do not remember Chris working for me.

3. "She stated that she liked her counselor. Yet this year, she stated that she had never gone to see a counselor"
I had never stated that I went to see a counselor. I had seen my doctor and talked to them about some issues.

4. "Emily had an unhealthy relationship with her baby niece"
At NO time have I ever had an unhealthy relationship with my niece. Our family is a close family and at NO time has my sister or brother-in-law had a problem with the relationship that I have with their daughter. My brother-in-law is a police officer and if he had a problem it would have been talked about.

5. "She told me that she had met a really nice cable guy, he was married"
I have no idea who this is?

6. "She then told me that she had met a nice person on an online singles site"
I have never joined a singles website.

7. "They complained of her crying on calls, screaming at people on her cell phone and always texting people when she was on a call."
There was a possibility that I cried after a call but never on a call, never screamed at someone on the phone and only texted people after the ambulance run was complete.

Kroll 00108

8. "One female employee felt that she was being stalked"
I have no idea who that is because I am not going to do that.

9. Jean Dresen called and spoke with people at medical care facilities concerning my well being.
I am not 100% sure but isn't that a violation of my HIPPA rights?

10. Jean talked with Josh and she says that he stated that "She refuses to stop calling or following him around town"
I never followed him around town. Not my thing.

11. Jean states that "on several occasions I left messages for Emily to stop and see me, which she did not do."
I never received a message. I cannot respond to something that I do not receive.

12. Jean states that on April 21st she called me into her office and I did at that time.
I was told to come into her office after a call, not right then. I went to her office after I returned from the call.

13. "She expressed to me that she wishes she could go into a deep hole so that no one could see her."
I do not remember making that statement but everyone feels like that at one time or another. Especially when you live in the fish bowl that they put me in. .

14. She stated in the Exhibit that she told me that I needed to contact Red Cross to get financial assistance.
According to the note that I received it was supposed to be United Way. She can't remember who she wanted me to go to. They also were stating that they mandated me for counseling but were not willing to pay for the counseling.

15. "Jodi explained that Emily refused to speak to her for any reason, not even to indicate that she had heard Jodi's request for help with the patient."
I did the job that I was required to do. I am not required to be friends with her.

16. "She stated that Emily screamed at her"
I admit that I yelled at her in my defense but not until Jodi yelled at me.

17. "Brian then received a call from Elizabeth Johnson (Emily's sister) to report that Emily was being picked on" Brian hung up on her"
My sister called to state that we would be in for a copy of my personnel file. Brian did talk to my sister and he started screaming at her. Elizabeth was the one that hung up on him. I was standing next to Elizabeth when she was on the phone with him. I, along with her co-workers, could hear him screaming. In Exhibit B it states that Brian talked to Elizabeth. Which one is correct?

18. "Brian told her when she got done with counseling she could come back to work"
Brian told me that he would give me my job back if I went to counseling. So technically I did not

Kroll 00109

have a job anymore at this point.

19. "Proceeded to take her door key and her page and tossed them on Brian's desk and walked away from the conversation"
I gave Brian my keys and pager because he had told my sister to tell me to turn them in and that I was terminated. I did not walk away from the conversation because there was more of a conversation after that.

20. "I was asked for copies of Emily's personnel file, which I said I would make copies and they would be available in a couple of days"
Part of the file was received. She stated that some were handwritten and she would have to type them. When we said that we did not care she said that she would have to consult with the lawyer first because there were people's names in there.

21. "On May 19th the property still had not returned, so I called the Whitehall City Police to request that they make a report fort conversion of private property. It was only several hours later when Mr. Kroll came in with the equipment and threw it on our office floor and walked out."
My equipment was returned to WLAA on May 18th by my father and left with Lindsay Puisis. She was the only person in the office. The items were not thrown on the floor. Police report was made after the items were already returned. I have a copy of the police report and Jean Dresen was not the one that made the police report. Brian Binns is the one that made the report.

Kroll 00110