UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EMILY C. KROLL,

    Plaintiff,

v.                                Case No. 1:09-CV-626

WHITE LAKE AMBULANCE          HON. GORDON J. QUIST
AUTHORITY,

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's Motion For Summary Judgment (docket no. 49) is **GRANTED**, and Plaintiff's complaint is **dismissed with prejudice**.

This case is **concluded**.


Dated:  August 19, 2010                             /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE