UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

       Plaintiff,

vs.

       Civil Action No.: 1:09-CV-626

       HON. GORDON J. QUIST

WHITE LAKE AMBULANCE
AUTHORITY,

       Defendant.

---

| | |
|---|---|
| Bradley K. Glazier (P35523)<br>BOS & GLAZIER, P.L.C.<br>Attorneys for Plaintiff<br>990 Monroe Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 458-6814 | Robert A. Callahan (P47600)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>(269) 382-5935<br><br>Douglas M. Hughes (P30958)<br>WILLIAM HUGHES & COOK PLC<br>Co-Counsel for Defendant<br>120 W. Apple Avenue<br>P.O. Box 599<br>Muskegon, MI 49443<br>(231) 727-2119 |

---

**PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

Emily Kroll, by her counsel, Bos & Glazier, moves this court, pursuant to Fed. R. Civ. P. 59 to alter its judgment awarding summary judgment to the defendant based on a clear error of law and the need to prevent manifest injustice.  *See, Intera Corp. v. Henderson,* 428 F.3d 605, 620 (6th Cir. 2005).  Plaintiff's motion is supported by the brief filed with her motion.

         BOS & GLAZIER, P.L.C.
         Attorneys for Plaintiff

Date: September 13, 2010  By: */s/ Bradley K. Glazier*
           Bradley K. Glazier (P35523)

         BUSINESS ADDRESS:
          990 Monroe Avenue, N.W.
          Grand Rapids, MI 49503
          (616) 458-6814

.115157