UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

       Plaintiff,

vs.

       Civil Action No.: 1:09-CV-626

       HON. GORDON J. QUIST

WHITE LAKE AMBULANCE
AUTHORITY,

       Defendant.

---

Bradley K. Glazier (P35523)
BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 458-6814

Robert A. Callahan (P47600)
PLUNKETT COONEY
Attorneys for Defendant
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002
(269) 382-5935

Douglas M. Hughes (P30958)
WILLIAM HUGHES & COOK PLC
Co-Counsel for Defendant
120 W. Apple Avenue
P.O. Box 599
Muskegon, MI 49443
(231) 727-2119

---

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff, Emily C. Kroll, in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order issued by the Honorable Gordon J. Quist, granting the defendant's motion for summary judgment and entered in this action on August 19, 2010.  (Plaintiff's Motion

to Amend or Alter Judgment was filed on September 13, 2010 and a Memorandum Order was issued denying that motion on September 20, 2010).

                                          BOS & GLAZIER, P.L.C.
                                          Attorneys for Plaintiff

Date: October 18, 2010        By:    */s/ Bradley K. Glazier*
                                                  Bradley K. Glazier (P33523)

                                          BUSINESS ADDRESS:
                                          990 Monroe Avenue, N.W.
                                          Grand Rapids, MI 49503
                                          (616) 458-6814

cc:    Robert A. Callahan, Esq.
        Douglas M. Hughes, Esq.
        Court of Appeals

.115306