UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

    Plaintiff,

v.        Case No. 1:09-CV-626

WHITE LAKE AMBULANCE    HON. GORDON J. QUIST
AUTHORITY,

    Defendant.
                            /

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's Renewed Motion for Summary Judgment (dkt. # 70) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant's Reply Brief in Support of Renewed Motion for Summary Judgment (dkt. #75) is **DENIED**.

This case is **concluded**.


Dated: May 22, 2013                                        /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE