UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

        Plaintiff,

vs.

WHITE LAKE AMBULANCE
AUTHORITY,

        Defendant.

Civil Action No.: 1:09-CV-626

HON. GORDON J. QUIST

---

Bradley K. Glazier (P35523)
BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 458-6814

Robert A. Callahan (P47600)
PLUNKETT COONEY
Attorneys for Defendant
950 Trade Centre Way, Ste. 310
Kalamazoo, MI 49002
(269) 382-5935

Douglas M. Hughes (P30958)
WILLIAM HUGHES & COOK PLC
Co-Counsel for Defendant
120 W. Apple Avenue
P.O. Box 599
Muskegon, MI 49443
(231) 727-2119

---

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Emily C. Kroll, in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order (*Dkt. #79*) issued by the Honorable Gordon J. Quist, granting the defendant's

renewed motion for summary judgment and dismissing plaintiff's complaint. The Order was entered in this action on May 22, 2013.

        BOS & GLAZIER, P.L.C.
        Attorneys for Plaintiff

Date: June 3, 2013    By:   */s/ Bradley K. Glazier*
        Bradley K. Glazier (P33523)

        BUSINESS ADDRESS:
        990 Monroe Avenue, N.W.
        Grand Rapids, MI 49503
        (616) 458-6814

cc:   Robert A. Callahan, Esq.
      Douglas M. Hughes, Esq.
      Court of Appeals

.119034