UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

        Plaintiff,

vs.

Civil Action No.: 1:09-CV-626

HON. GORDON J. QUIST

WHITE LAKE AMBULANCE AUTHORITY,

        Defendant.

| | |
|---|---|
| Bradley K. Glazier (P35523)<br>BOS & GLAZIER, P.L.C.<br>Attorneys for Plaintiff<br>990 Monroe Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 458-6814 | Robert A. Callahan (P47600)<br>PLUNKETT COONEY<br>Attorneys for Defendant<br>535 S. Burdick, Suite 256<br>Kalamazoo, MI 49007<br>(269) 382-5935 |

## JOINT STATUS REPORT

Emily C. Kroll and White Lake Ambulance Authority, by their respective counsel, submit the following Joint Status Report pursuant to the Court's Notice of Hearing (#86). The Status Conference (via telephone) is scheduled to take place on November 5, 2014 at 2:00 P.M., before the Honorable Gordon J. Quist. Accordingly, the parties state as follows:

1.     The parties are currently in discussions regarding the potential of Voluntary Facilitative Mediation with their respective clients and will advise the Court of their decision at the time of the Status Conference.

00124474.WPD

2. Should the parties conclude that Voluntary Facilitative Mediation is not a viable option, or VFM proves unsuccessful, the parties request that a final pretrial conference and jury trial be scheduled in February or as soon as the court's docket permits.

                                BOS & GLAZIER, P.L.C.
                                Attorneys for Plaintiff

Date: November 3, 2014      By: _/s/ Bradley K. Glazier_
                                  Bradley K. Glazier (P-35523)

                                BUSINESS ADDRESS:
                                990 Monroe Avenue, N.W.
                                Grand Rapids, MI 49503
                                (616) 458-6814


                                PLUNKETT COONEY
                                Attorneys for Defendant

Date: November 3, 2014      By: _/s/ Robert A. Callahan_
                                  Robert A. Callahan (P47600)

                                BUSINESS ADDRESS:
                                950 Trade Centre Way, Ste. 310
                                Kalamazoo, MI 49002
                                (269) 382-5935