UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY C. KROLL,

    Plaintiff,

-vs-                                    Case No: 1:09cv626
                                            Honorable Gordon J. Quist

WHITE LAKE AMBULANCE
AUTHORITY,

    Defendant.
_____/

| Bradley K. Glazier (P35523) | Robert A. Callahan (P47600) |
|---|---|
| BOS & GLAZIERS, PLC | PLUNKETT COONEY |
| Attorney for Plaintiff | Co-Counsel for Defendant |
| 990 Monroe Ave., NW | 950 Trade Centre Way, Suite 310 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49002 |
| (616) 458-6814 | (269) 382-5935 |
|  | |
|  | Douglas M. Hughes (P30958) |
|  | WILLIAM HUGHES & COOK PLC |
|  | Co-Counsel for Defendant |
|  | 120 W. Apple Ave. |
|  | PO Box 599 |
|  | Muskegon, MI 49443 |
|  | (231) 727-2119 |

## STIPULATED ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the above-captioned matter, is dismissed, with prejudice and without costs.

**IT IS SO ORDERED.**

Dated: February ___, 2015                              _____
                                                                         JUDGE

Approved as to content and form:

Dated: February 5, 2015            __/s/ Bradley Glazier_____
  Bradley Glazier  (P35523)
  Attorney for Plaintiff

Dated: February 5, 2015            __/s/ Robert A. Callahan_____
  Robert A. Callahan  (P47600)
  Attorney for Defendant

Open.00560.92390.15049884-1